UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAEL ALDEN,

    Plaintiff,

v.                                        Case No. 3:17-cv-00501

CITIBANK, N.A.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT AND
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court, thereby concluding this matter in its entirety.

Respectfully submitted,

/s/ Jennifer L. Miller
Jennifer L. Miller
BPR No. 021392
MORGAN & MORGAN, PA
1 Commerce Square, 26th Floor
Memphis, Tennessee 38103
Phone: (901) 333-1879
Fax: (901) 524-1783
JenniferM@forthepeople.com
Counsel for Plaintiff

/s/ Sye T. Hickey
Sye T. Hickey
BPR No. 032953
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Phone: (615) 726-5600
Fax:   (615) 744-5747
shickey@bakerdonelson.com
Counsel for Defendant

Acknowledged: /s/ Phillip North
Arbitrator Phillip North, Esq.